**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**WILLIE FLOYD,**

      **Petitioner,**

**v.**                                **CASE NO.  3:15cv361-MCR/CAS**

**FLORIDA DEPARTMENT**
**OF CORRECTIONS,**

      **Respondent.**
_____/

**O R D E R**

This cause comes on for consideration on the Report and Recommendation of the U.S. Magistrate Judge dated July 7, 2017.  ECF No. 20.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The magistrate judge's Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this Order.

2.   The petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3.   A certificate of appealability is **DENIED** pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this 22nd day of September, 2017.


 s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**